■ AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY et al., Respondents, v IDI CONSTRUCTION, INC., Defendant, and JAMES STUMPF et al., Appellants. (And a Third-Party Action.) [813 NYS2d 902]—Appeal from judgment, Supreme Court, New York County (Helen E. Freedman, J.), entered August 29, 2005 and order, same court and Justice, entered July 13, 2005, unanimously withdrawn in accordance with the terms of the stipulations of the parties hereto. No opinion. Order filed. Concur—Buckley, P.J., Friedman, Marlow, Nardelli and McGuire, JJ.